1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHONA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>EL TORO MEDICAL INVESTORS LIMITED PARTNERSHIP, et al.<br><br>Defendants. | CASE NO. 8:16-CV-00059-JLS-KES<br><br>**ORDER GRANTING STIPULATION TO VACATE DATES** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Error! Unknown document property name.**1

GOOD CAUSE appearing from the Joint Notice of Settlement and Request to Vacate Dates, IT IS SO ORDERED that all remaining dates in this action are hereby vacated. The parties shall file their Motion for Preliminary Approval within 60 days of the entry of this Order.

IT IS SO ORDERED.

Dated: August 11, 2017

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE

**Error! Unknown document property name.**2