**BLUMENTHAL, NORDREHAUG & BHOWMIK, LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHONA RODRIGUEZ, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EL TORO MEDICAL INVESTORS LIMITED PARTNERSHIP, a Limited Partnership; LIFE CARE CENTERS OF AMERICA, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____ | CASE No. **8:16-CV-00059-JLS-KES**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge: Hon. Josephine L. Staton<br><br>Hearing Date: December 8, 2017<br>Hearing Time: 2:30 p.m.<br><br>Action Filed: January 15, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on December 8, 2017, at 2:30 p.m. in the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, in Courtroom 10A before the Honorable Josephine L. Stanton, Plaintiff Maria Rodriguez ("Plaintiff") will move for preliminary approval of the proposed Class Settlement with defendant El Toro Medical Investors, L.P. and defendant Life Care Centers of America, Inc. ("Defendants"). This motion is unopposed as based on the Class Action Settlement Agreement ("Agreement") between the parties filed concurrently with this motion.

The motion will be based on this Notice of Motion and the attached Memorandum of Points and Authorities filed herewith, the Declaration of Kyle Nordrehaug and attached exhibits, the argument of counsel and upon such other material contained in the file and pleadings of this action. Because all parties have agreed to the settlement, this motion is not opposed by any party.

Pursuant to Local Rule 7-3, the parties engaged in a pre-filing conference on September 27, 2017 in which the parties agreed on the filing of the unopposed motion.

Respectfully submitted,

Dated: October 10, 2017         BLUMENTHAL, NORDREHAUG & BHOWMIK

By: */s/ Kyle Nordrehaug*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiff