HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
JAHMAL T. DAVIS, SBN 191504
jdavis@hansonbridgett.com
JENNIFER M. MARTINEZ, SBN 262081
jmartinez@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendants
EL TORO MEDICAL INVESTORS
LIMITED PARTNERSHIP and LIFE
CARE CENTERS OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARIA CHONA RODRIGUEZ, an individual, on behalf of herself, and on behalf all persons similarly situated , <br><br>Plaintiff, <br><br>v. <br><br>EL TORO MEDICAL INVESTORS LIMITED PARTNERSHIP, a limited partnership; LIFE CARE CENTERS OF AMERICA, INC., a corporation; and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No. 8:16-cv-00059-JLS-KES <br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** <br><br>Date:   December 8, 2017 <br>Time:   2:30 p.m. <br><br>Judge:   Josephine L. Staton <br><br>Trial Date:   August 21, 2018 |

Defendants EL TORO MEDICAL INVESTORS LIMITED PARTNERSHIP and LIFE CARE CENTERS OF AMERICA, INC. ("Defendants") respectfully submit this statement of non-opposition to Plaintiff MARIA CHONA

/ / /

/ / /

/ / /

13877756.1

Case No. 8:16-cv-00059-JLS-KES
DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

RODRIGUEZ'S Motion for Preliminary Approval of Class Settlement. Defendants do not oppose Plaintiff's Motion for Preliminary Approval of Class Settlement.

DATED: October 17, 2017         HANSON BRIDGETT LLP

By: */s/ Dorothy S. Liu*
DOROTHY S. LIU
JAHMAL T. DAVIS
JENNIFER M. MARTINEZ
Attorneys for Defendants
EL TORO MEDICAL INVESTORS LIMITED PARTNERSHIP and LIFE CARE CENTERS OF AMERICA, INC.

-2-   Case No. 8:16-cv-00059-JLS-KES
DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

13877756.1