**BLUMENTHAL, NORDREHAUG & BHOWMIK, LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHONA RODRIGUEZ, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EL TORO MEDICAL INVESTORS LIMITED PARTNERSHIP, a Limited Partnership; LIFE CARE CENTERS OF AMERICA, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____ | CASE No. **8:16-CV-00059-JLS-KES**<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS FEES, LITIGATION EXPENSES AND SERVICE AWARD**<br><br>Judge: Hon. Josephine L. Staton<br><br>Hearing Date: June 22, 2018<br>Hearing Time: 2:30 p.m.<br><br>Ronald Reagan Federal Building,<br>411 West Fourth Street,<br>Santa Ana, CA, 92701<br>Courtroom 10A<br><br>Action Filed: January 15, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on June 22, 2018, at 2:30 p.m. in the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, in Courtroom 10A before the Honorable Josephine L. Stanton, Plaintiff Maria Rodriguez ("Plaintiff") will move for approval of the award of attorneys' fees, costs and Plaintiffs' service award. This motion is unopposed as based on the Class Action Settlement Agreement ("Agreement") between the parties filed concurrently with this motion.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Norman Blumenthal and attached exhibits, the argument of counsel and upon such other material contained in the file and pleadings of this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 wherein the parties agreed on the filing of this unopposed motion based upon the Agreement.

Respectfully submitted,

Dated: January 24, 2018        BLUMENTHAL, NORDREHAUG & BHOWMIK

By: _/s/ Kyle Nordrehaug_
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiff