**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW, LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHONA RODRIGUEZ, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EL TORO MEDICAL INVESTORS LIMITED PARTNERSHIP, a Limited Partnership; LIFE CARE CENTERS OF AMERICA, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____ | CASE No. **8:16-CV-00059-JLS-KES**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Judge: Hon. Josephine L. Staton<br><br>Hearing Date: June 22, 2018<br>Hearing Time: 2:30 p.m.<br><br>Action Filed: January 15, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on June 22, 2018, at 2:30 p.m. in the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, in Courtroom 10A before the Honorable Josephine L. Stanton, Plaintiff Maria Rodriguez ("Plaintiff") will move and hereby does move will move and hereby does move for Final Approval of the Class Settlement, in accordance with the Class Action Settlement Agreement ("Agreement") between the parties, filed concurrently with this motion.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of the Settlement Administrator (Andy Morrison), the argument of counsel and upon such other material contained in the file and pleadings of this action. This motion is made following the conference of counsel before the Court pursuant to L.R. 7-3 wherein the parties agreed on the filing of this unopposed motion as set forth in the Agreement with Defendants El Toro Medical Investors, L.P. and defendant Life Care Centers of America, Inc. ("Defendants").

Respectfully submitted,

Dated: June 8, 2018          BLUMENTHAL NORDREHAUG BHOWMIK DE BLOW, LLP

By: */s/ Kyle Nordrehaug*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiff