UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHONA RODRIGUEZ, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EL TORO MEDICAL INVESTORS LIMITED PARTNERSHIP, a Limited Partnership; LIFE CARE CENTERS OF AMERICA, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 8:16-cv-00059 JLS (KESx)<br><br>**FINAL JUDGMENT** |

1 | Having previously found that the parties' Settlement Agreement meets the applicable criteria for approval and having approved such settlement as fair, adequate, and reasonable (ECF No. 98), the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. As to Plaintiff Maria C. Rodriguez, all claims are dismissed in their entirety WITH PREJUDICE.

2. As to all Class Members who did not timely submit requests for exclusion from the settlement, all claims as alleged in the First and Second causes of action of the First Amended Complaint are dismissed in their entirety WITH PREJUDICE, and all claims as alleged in the Third, Fourth, Fifth, Sixth and Seventh causes of action in the First Amended Complaint are dismissed in their entirety, WITHOUT PREJUDICE.

3. As to all Class Members who timely submitted requests for exclusion from the settlement, all claims are dismissed in their entirety WITHOUT PREJUDICE.

4. As to Plaintiff and all Class Members identified in Paragraph 2 above, the Settlement Agreement shall be binding and enforceable, including, but not limited to, the release as set forth in Section III(F) of the Settlement Agreement.

5. Each side will bear its own costs and attorneys' fees except as provided by the Settlement and the Court's Final Approval Order.

DATED: June 26, 2018
_____

_____
HON. JOSEPHINE L. STATON
U.S. DISTRICT COURT JUDGE